UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-471-D-2

UNITED STATES OF AMERICA

v.

MATTHEW CAMERON COLEY

**ORDER TO SEAL DOCKET
ENTRY NUMBER 120**

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 120 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the _1_ day of _November_, 2021.

_____
JAMES C. DEVER III
United States District Judge