UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-471-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW CAMERON COLEY | ORDER TO SEAL DOCKET<br>ENTRY NUMBER 121 |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 121 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the _2_ day of _November_, 2021.

                                                     JAMES C. DEVER III
                                                   United States District Judge